UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

ANDRES SOLANO EVANGELISTA,

                     Plaintiff,          **ECF CASE**

      v.

                                        08 Civ. 1687 (GBD)

ANDREA QUARANTILLO,

                    Defendant.       NOTICE OF APPEARANCE

------------------------------------------------------------ x

TO:    Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
       March 12, 2008

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York

             By:    /s/ _____
                              SHANE P. CARGO
                              Assistant United States Attorney
                              86 Chambers Street, 3rd Floor
                              New York, New York 10007
                              Telephone: (212) 637-2711
                              Facsimile: (212) 637-2786
                              Email: shane.cargo@usdoj.gov

TO:    Spiro Serras, Esq.
        Wilens & Baker, PC
        450 Seventh Avenue
        New York, NY 10123