ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRES SOLANO EVANGELISTA,

          Petitioner,

- against -

ANDREA QUARANTILLO et al.,

          Respondents.

Dkt. No. 08 Civ. 1687 (DLC)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action is dismissed with prejudice and without costs or attorney's fees to any party.

New York, New York
March 19, 2008

LAW OFFICES OF WILENS & BAKER, P.C.
Attorney for Petitioner

_____
Spiro Serras, Esq.
450 Seventh Avenue
New York, New York 10123
Tel. (212) 695-0060
Fax: (212) 643-0237

New York, New York
March ___, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondents

_____
Shane Cargo, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2711
Fax: (212) 637-2786

SO ORDERED:

_____
Hon. Denise L. Cote
United States District Judge

March 21, 2008

- Page 1 of 1 -

A79-126-859